IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, | ) | |
| Plaintiff, | ) | 8:06CV50 |
| v. | ) | |
| ERAN INDUSTRIES, and JAMES E. BACHMAN, | ) | REASSIGNMENT ORDER |
| Defendants. | ) | |

The Clerk's office has not received a Consent to Exercise of Jurisdiction by United States Magistrate Judge form signed by all parties. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 29th day of March, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon, Chief Judge**
United States District Court