IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV50 |
| vs. | ) ) ) | |
| ERAN INDUSTRIES, INC., a Nebraska corporation, and JAMES E. BACHMAN, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV51 |
| vs. | ) ) ) | |
| GP INDUSTRIES, LLC., a Nebraska Limited Liability Company, et al., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Eran Industries, Inc.'s and James E. Bachman's (hereinafter, collectively, "Eran") motion for an extension of time in which to respond to GP industries, Inc.'s (hereinafter, "GP") motion for preliminary injunction and for expedited discovery. Filing No. 34. This is an action for patent infringement under 35 U.S.C. § 101, *et seq.* and for related state law claims. Jurisdiction is premised on 28 U.S.C. § 1331. GP seeks an order enjoining Eran from "overzealously" making allegations of infringement of its patents to potential GP customers. Eran has shown that it requires responses to certain discovery requests in order to properly respond to the motion.

The court finds the motion for an extension of time should be granted. The grant of additional response time obviates the need for expedited discovery. Accordingly,

IT IS ORDERED that:

1. Eran Industries, Inc. and James E. Bachman's motion for an extension of time in which to respond to GP industries, Inc.'s motion for preliminary injunction and for expedited discovery (Filing No. 34) is granted in part and denied in part;

2. Eran Industries, Inc. and James Bachman shall respond to GP Industries, Inc,'s motion for preliminary injunction on or before May 26, 2006; and

3. Eran Industries, Inc. and James Bachman's motion for expedited discovery is denied as moot.

DATED this 13th day of April, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge