IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GP INDUSTRIES, LLC., a Nebraska Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ERAN INDUSTRIES, INC., a Nebraska Corporation, and JAMES E. BACHMAN, an individual,<br><br>Defendants. | Civil Action No: 8:06-CV-00050<br><br>Judge Joseph F. Bataillon<br><br>Magistrate Judge Thomas D. Thalken<br><br>**ORDER GRANTING GP INDUSTRIES' MOTION FOR EXTENSION OF TIME TO RESPOND TO ERAN'S MOTION TO DISMISS** |
| ERAN INDUSTRIES, INC., a Nebraska Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GP INDUSTRIES, LLC., a Limited Liability Company, et al.,<br><br>Defendants. | No. 8:06-CV-00051 |

Upon motion of the parties, upon consideration of the briefs, and for good cause shown:

**IT IS HEREBY ORDERED:**

GP Industries' Motion for Extension of Time to Respond to Eran's Motion to Dismiss is granted. GP Industries have until May 15, 2006 to respond the pending motion to dismiss.

Dated this 26th day of April, 2006.

BY THE COURT


By:   s/ Joseph F. Bataillon
           UNITED STATES DISTRICT COURT JUDGE

1