## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, LLC, a Nebraska Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV50 |
| vs. | ) ) | ORDER |
| ERAN INDUSTRIES, INC., a Nebraska corporation, and JAMES E. BACHMAN, | ) ) ) ) | |
| Defendants. | ) ) | |
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV51 |
| vs. | ) ) | ORDER |
| GP INDUSTRIES, LLC, a Nebraska Limited Liability Company, et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on ERAN Industries and James E. Bachman's motion for reconsideration (Filing No. 60) of the court's order (Filing No. 48) granting GP Industries' stipulated motion to amend. The movants allege GP Industries attained the stipulation for one version of the amended complaint, then filed a different version with the court. The court will consider the motion after GP Industries files a response. Upon consideration,

**IT IS ORDERED:**

The motion for reconsideration (Filing No. 60) is held in abeyance, pending GP Industries' response. GP Industries has to **on or before June 8, 2006**, to file a response to the motion for reconsideration.

DATED this 2nd day of June, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge