## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, LLC, a Nebraska Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV50 |
| vs. | ) ) | ORDER |
| ERAN INDUSTRIES, INC., a Nebraska corporation, and JAMES E. BACHMAN, | ) ) ) ) | |
| Defendants. | ) ) | |
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV51 |
| vs. | ) ) | ORDER |
| GP INDUSTRIES, LLC, a Nebraska Limited Liability Company, et al., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on ERAN Industries' Motion for Extension of Time to Amend Pleadings and Add Parties (Filing No. 73) and Motion for Leave to File Second Amended Complaint (Filing No. 74). No other party filed a response to the motions. ERAN Industries seeks an extension of the deadline to amend pleadings and add parties until after the court rules on its Motion to Compel (Filing No. 71). Additionally, ERAN Industries seeks leave to file a Second Amended Complaint adding more specificity, a claim and defendants who are believed to be distributors of the products which are alleged to infringe the patent-in-suit. ERAN Industries attached the proposed Second Amended Complaint to the motion. Pursuant to Federal Rules of Civil Procedure 15 and 16, the court finds ERAN Industries' motions should be granted. Upon consideration,

**IT IS ORDERED:**

1. ERAN Industries' Motion for Extension of Time to Amend Pleadings and Add Parties (Filing No. 73) is granted. The parties shall have until thirty days after either a final determination on the merits of the Motion to Compel (Filing No. 71) or disclosure of the discovery sought, whichever is later, to move to amend the pleadings or add parties.

2. ERAN Industries' Motion for Leave to File Second Amended Complaint (Filing No. 74) is granted. ERAN Industries shall have until **July 18, 2006**, to file its Second Amended Complaint.

DATED this 6th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge