# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, LLC, a Nebraska Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV50 |
| vs. | ) ) | ORDER |
| ERAN INDUSTRIES, INC., a Nebraska corporation, and JAMES E. BACHMAN, | ) ) ) | |
| Defendants. | ) ) | |
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | 8:06CV51 |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| GP INDUSTRIES, LLC, a Nebraska Limited Liability Company, et al., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on July 31, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **August 30, 2006** at **2:30 p.m. Central Daylight Time**. Counsel for GP Industries, Inc. shall initiate the telephone conference.

DATED this 31st day of July, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge