IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, INC.,<br>a Nebraska corporation, | ) | |
| Plaintiff and<br>Counter Defendant, | ) | 8:06CV50 |
| vs. | ) | ORDER |
| JAMES E. BACHMAN, | ) | |
| Defendant, | ) | |
| ERAN INDUSTRIES, INC.,<br>a Nebraska corporation, | ) | |
| Defendant,<br>Counter Claimant and<br>Third-Party Plaintiff, | ) | |
| vs. | ) | |
| LANCE D. BAILEY, et al., | ) | |
| Third-Party Defendants. | ) | |
| ERAN INDUSTRIES, INC.,<br>a Nebraska corporation, | ) | |
| Plaintiff, | ) | 8:06CV51 |
| vs. | ) | ORDER |
| GP INDUSTRIES, LLC., a Nebraska<br>Limited Liability Company, et al., | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte*. The above-captioned cases were consolidated on March 30, 2006. **See** Filing No. 20. The parties were instructed to use a double caption, but to file all documents only in the first filed lawsuit, *GP Industries, Inc.*

*v. Eran Industries, Inc. et al.*, 8:06CV50. The parties complied with the court's order, however each party has filed various amended pleadings (amended complaints or answers, etc.), which have caused confusion about the proper designation of the parties. This order does not determine who will proceed first at trial, however for purposes of the administration of this matter the parties shall proceed as designated in the first filed lawsuit. Therefore, GP Industries, Inc. is the plaintiff and counter defendant. ERAN Industries, Inc. and James E. Bachman are the defendants. ERAN Industries, Inc. has a cross-claim against GP Industries, Inc. ERAN Industries is also the third-party plaintiff against third-party defendants who are listed as defendants in paragraphs 5 through 31 of the Second Amended Complaint of ERAN Industries, Inc. **See** Filing No. 89. The court has amended the caption to reflect the relationships of the parties in this lawsuit. Additionally, the court will have the docket text amended to reflect these changes. Accordingly,

**IT IS ORDERED:**

1. Hereafter, the parties shall use the above caption and refer to the parties as described herein.

2. The Clerk of Court shall change the docket text of Filing No. 89 to reflect the above changes by amending the text to read "AMENDED COUNTERCLAIM AND THIRD-PARTY CLAIM *Second Amended Complaint of ERAN Industries, Inc.*"

DATED this 4th day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge