# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff and Counter Defendant, | ) ) ) ) | 8:06CV50 |
| vs. | ) ) ) | ORDER |
| JAMES E. BACHMAN, | ) ) ) | |
| Defendant, | ) ) ) | |
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) ) | |
| Defendant, Counter Claimant and Third-Party Plaintiff, | ) ) ) ) | |
| vs. | ) ) ) | |
| LANCE D. BAILEY, et al., | ) ) ) | |
| Third-Party Defendants. | ) ) | |
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | 8:06CV51 |
| vs. | ) ) ) | ORDER |
| GP INDUSTRIES, LLC., a Nebraska Limited Liability Company, et al., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on GP Industries, LLC's Motion to Quash or in the Alternative Motion for Protective Order for Lance B. Bailey and Motion for Fees Costs and Expenses (Filing No. 98). The deposition is scheduled for August 14, 2006. The motion

has been fully briefed and is now under submission, however the court will not enter an order prior to August 14, 2006. Accordingly,

**IT IS ORDERED:**

The "Amended Notice of Deposition of Lance Bailey" issued by ERAN Industries, Inc. and James E. Bachman is held in abeyance. No deposition shall take place until the court has ruled on the related motion to quash.

DATED this 11th day of August, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge