IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, INC., a Nebraska Corporation, | ) ) ) | |
| Plaintiff and, Counter Defendant, | ) ) ) | 8:06CV50 |
| vs. | ) ) | ORDER |
| JAMES E. BACHMAN, | ) ) ) | |
| Defendant | ) ) | |
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Defendant, Counter Claimant and Third-Party Plaintiff, | ) ) ) ) | |
| vs. | ) ) | |
| LANCE D. BAILEY, et al., | ) ) ) | |
| Third-Party Defendants. _____ | ) ) ) | |
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV51 |
| vs. | ) ) | |
| GP INDUSTRIES, LLC, a Nebraska Limited Liability Company, et al., | ) ) ) | ORDER |
| Defendants. | ) ) | |

Before the court is ERAN's Motion to File under Seal (Filing No. 178). After considering the matter, the court will grant the motion and orders that ERAN's brief and index supporting its brief be filed under seal by the Clerk's Office.

SO ORDERED.

DATED this 19th day of October, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge