# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GP INDUSTRIES, LLC,** a Nebraska Corporation, | ) ) ) | |
| Plaintiff and, Counter Defendant, | ) ) ) ) | 8:06CV50 |
| vs. | ) ) ) | ORDER |
| **JAMES E. BACHMAN,** | ) ) ) | |
| Defendant, | ) ) ) | |
| **ERAN INDUSTRIES, INC.,** | ) ) ) | |
| Defendant, Counter Claimant and Third-Party Plaintiff, | ) ) ) ) ) | |
| vs. | ) ) ) | |
| **LANCE D. BAILEY, et al.,** | ) ) ) | |
| Third-Party Defendants. | ) ) ) | |
| **ERAN INDUSTRIES, INC.,** a Nebraska corporation, | ) ) ) | 8:06CV51 |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) ) | |
| **GP INDUSTRIES, LLC, a Nebraska Limited Liability Company, et al.,** | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel for the parties on November 6, 2006.

**IT IS ORDERED:**

1. The **<u>telephone</u>** planning conference with the undersigned magistrate judge is continued to **December 1, 2006,** at **10:00 a.m. Central Standard Time**. Counsel for GP Industries shall initiate the telephone conference.

2. The stay of discovery is extended to **December 1, 2006**.

DATED this 6th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge