# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, LLC, a Nebraska limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JAMES E. BACHMAN, | ) ) | 8:06CV50 |
| Defendant, and | ) ) | SCHEDULING ORDER |
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Defendant, Counter Claimant and Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| LANCE D. BAILEY, et al., | ) ) | |
| Third-Party Defendants. | ) ) | |

| | | |
|---|---|---|
| ERAN INDUSTRIES, INC., a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV51 |
| vs. | ) ) | SCHEDULING ORDER |
| GP INDUSTRIES, LLC, a Nebraska Limited liability company, | ) ) ) | |
| Defendants. | ) ) | |

A telephonic scheduling conference was held on December 3, 2007 with attorneys Dax D. Anderson, Tod E. Zenger, Michael B. Hurd, and Paul R. Elofson.

As discussed during the conference,

**IT IS ORDERED:**

1. Counsel shall file a joint stipulation for the conduct of discovery. The court requests that counsel file the stipulation no later than December 20, 2007.

2. Counsel shall contact Judge Smith Camp's chambers to schedule a claim construction hearing, if necessary.

**DATED December 3, 2007.**

>BY THE COURT:
>
>s/ F.A. Gossett
>**United States Magistrate Judge**