# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GP INDUSTRIES, LLC**, a Nebraska limited liability company,<br><br>      **Plaintiff,**<br><br>vs.<br><br>**JAMES E. BACHMAN,**<br><br>      **Defendant, and**<br><br>**ERAN INDUSTRIES, INC.**, a Nebraska corporation,<br><br>      **Defendant, Counter Claimant and Third-Party Plaintiff,**<br><br>vs.<br><br>**LANCE D. BAILEY, et al.,**<br><br>      **Third-Party Defendants.** | **8:06CV50**<br><br>**SCHEDULING ORDER** |
| **ERAN INDUSTRIES, INC.**, a Nebraska corporation,<br><br>      **Plaintiff,**<br><br>vs.<br><br>**GP INDUSTRIES, LLC**, a Nebraska Limited liability company,<br><br>      **Defendants.** | **8:06CV51**<br><br>**SCHEDULING ORDER** |

    Judge Smith Camp has scheduled a claim construction (*Markman*) hearing and briefing schedule. Unfortunately, the parties were unable to agree to a discovery schedule.

**IT IS ORDERED:**

1. All fact discovery shall be commenced and served in time to be completed no later than **four (4) months** following the court's claim construction (*Markman*) ruling.

2. All dispositive motions shall be filed no later than **seven (7) months** following the court's claim construction (*Markman*) ruling.

3. Reports from retained experts under Fed. R. Civ. P. 26(a)(2) shall be served within **three (3) months** following the court's claim construction (*Markman*) ruling from the party bearing the burden of proof on an issue. All rebuttal experts shall be designated within **30 days** thereafter.

4. Depositions of retained experts shall be completed no later than **five (5) months** following the court's claim construction (*Markman*) ruling. Depositions of rebuttal experts shall be completed no later than **six (6) months** after the court's claim construction (*Markman*) ruling.

5. All requests for changes of deadlines established by this order shall be directed to the magistrate judge by appropriate motion *after* all claim construction issues are resolved.

**DATED January 22, 2008.**

                      **BY THE COURT:**

                      **s/ F.A. Gossett**
                      **United States Magistrate Judge**