# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GP INDUSTRIES, LLC, a Nebraska limited liability company,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| **JAMES E. BACHMAN,** | )<br>)    8:06CV50 |
| Defendant, and | )<br>) |
| **ERAN INDUSTRIES, INC., a Nebraska corporation,** | )    ORDER<br>)<br>) |
| Defendant, Counter Claimant and Third-Party Plaintiff, | )<br>)<br>) |
| vs. | )<br>) |
| **LANCE D. BAILEY, et al.,** | )<br>) |
| **Third-Party Defendants.** | )<br>) |

In light of the court's Order of April 10, 2008 [296] granting GPI's motion to compel, and ERAN's "Designation of Documents Responsive to GPI's 1st Set of Document Requests" [297],

**IT IS ORDERED** that GPI's Motion for Protective Order [284] is denied.

DATED April 22, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge