# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GP INDUSTRIES, LLC**, a Nebraska Limited Liability Company, | ) CASE NO. 8:06CV50 ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| **JAMES E. BACHMAN**, | ) MEMORANDUM AND ) ORDER |
| Defendant, and | ) ) |
| **ERAN INDUSTRIES, INC.**, a Nebraska Corporation, | ) ) ) |
| Defendant, Counter Claimant and Third-Party Plaintiff, | ) ) ) ) |
| vs. | ) ) |
| **LANCE D. BAILEY, et al.**, | ) ) |
| Third-Party Defendants. | ) |

| | |
|---|---|
| **ERAN INDUSTRIES, INC.**, a Nebraska Corporation, | ) CASE NO. 8:06CV51 ) ) |
| Plaintiff, | ) ) |
| vs. | ) MEMORANDUM AND ) ORDER |
| **GP INDUSTRIES, LLC**, a Nebraska Limited Liability Company, | ) ) ) |
| Defendant. | ) |

Upon notice given to the District Judge on November 24, 2008, by the parties that the above-captioned cases have settled,

**IT IS ORDERED**:

1.      On or before December 26, 2008, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the cases.  If the cases are being dismissed, then the stipulation shall comply with Fed. R. Civ. P. 41(a)(1), and shall state whether the dismissal is with or without prejudice; and

2.      Absent compliance with this order, these cases (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 24th day of November, 2008.

                                  BY THE COURT:

                                  s/Laurie Smith Camp
                                  United States District Judge