IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GP INDUSTRIES, LLC,<br>a Nebraska Limited Liability Company, | ) <br> ) <br> ) | CASE NO. 8:06CV50 |
| Plaintiff and Counter Defendant, | ) <br> ) | |
| v. | ) <br> ) | |
| JAMES E. BACHMAN, | ) <br> ) | ORDER |
| Defendant, | ) <br> ) | |
| ERAN INDUSTRIES, INC.,<br>a Nebraska Corporation, | ) <br> ) <br> ) | |
| Defendant, Counter Claimant<br>and Third-Party Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| LANCE D. BAILEY, et al., | ) <br> ) | |
| Third-Party Defendants. | ) <br> ) | |
| | ) | |
| | ) | CASE NO. 8:06CV51 |
| ERAN INDUSTRIES, INC.,<br>a Nebraska Corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | ORDER |
| GP INDUSTRIES, LLC,<br>a Nebraska Limited Liability Company,<br>et al., | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

This matter is before the Court on the Stipulation for Dismissal with Prejudice (Filing No. 397). The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal with Prejudice (Filing No. 397) is adopted, and the relief requested therein is granted;

2. All pending motions are denied as moot;

3. The Amended Complaints and all claims in both actions (8:06CV50 and 8:06CV51) are dismissed with prejudice;

4. The parties will pay their own costs and attorney fees; and

5. The Clerk of the Court is ordered to file this Order in both cases (8:06CV50 and 8:06CV51).

DATED this 2nd day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge